UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODERICK LOGAN, JR., a Minor,
by his next friend and mother,
TENICIA ELLIS,

       Plaintiffs,

                               U.S. District Court No. 23-12740
                               Hon. Mark A. Goldsmith

v.

OFFICER ADNAN ZEGHIR,
In his Individual Capacity,

       Defendant.
_____/

| | |
|---|---|
| JAMES S. CRAIG (P52691) | BRADLEY MENDELSOHN (P73671) |
| FIEGER, FIEGER, KENNEY & | JEREMY J. ROMER (P77287) |
| HARRINGTON, P.C. | GOPI PATEL (P77727) |
| 19390 West Ten Mile Rd. | Attorneys for Defendant |
| Southfield, MI 48075 | 16901 Michigan Avenue, Ste. 14 |
| (248) 355-5555 | Dearborn, MI 48126 |
| j.craig@fiegerlaw.com | (313) 943-2035 |
| | bmendelsohn@dearborn.gov |
| | jromer@dearborn.gov |
| | gpatel@dearborn.gov |

_____

**ORDER APPROVING SETTLEMENT AND
DISBURSEMENT OF SETTLEMENT PROCEEDS**

    This matter having come before the Court on Plaintiff's Motion to Approve Settlement and Distribute Settlement Proceeds; the Court having taken testimony; and the Court being otherwise fully advised in the premises;

{01669937.DOCX}

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Approve Settlement and Distribute Settlement Proceeds is GRANTED.

**IT IS HEREBY FURTHER ORDERED** that the settlement of this matter for $450,000.00 is approved, and the disbursements as set forth in Plaintiff's Motion to Approve Settlement and Distribute Settlement Proceeds are approved and shall be paid, as follows:

a. $11,112.08 to Fieger, Fieger, Kenney & Harrington, P.C., said sum representing reimbursement for attorney costs expended in prosecuting this matter[1]; and

b. $144,629.30 to Fieger, Fieger, Kenney & Harrington, P.C., said sum representing attorney fees payable pursuant to the contingency fee agreement between Fieger, Fieger, Kenney & Harrington, P.C. and clients.

Distribution of the net proceeds shall be paid, as follows**:**

c. $39,258.62 to be paid to TENICIA ELLIS, as the custodial parent and biological mother and Next Friend of the minor RODERICK LOGAN for his immediate support in accordance with the provisions of MCL 700.5102;

d. $5,000.00 to be held in escrow for 30 days to pay any outstanding costs, not yet billed, the balance, reduced by the one-third attorney fee, to be returned to TENICIA ELLIS, as the custodial parent and biological mother of the minor RODERICK LOGAN

e. That the Court authorizes payment of $250,000 by Defendants for RODERICK LOGAN's benefit for the

---

[1] An additional $5,000 to be retained by the Fieger Firm for future costs of this litigation, of which any remaining upon resolution of this matter to be disbursed to TENICIA ELLIS, as the custodial parent and biological mother of the minor RODERICK LOGAN, on a 2/3 and 1/3 basis per contract.

{01669937.DOCX} 2

purchase of an annuity providing future periodic payments to RODERICK LOGAN as follows:

   i. $30,000.00 payable annually for 4 years guaranteed, beginning 6/8/2027, with the last guaranteed payment on 6/8/2030;
   ii. $50,000.00 payable as a lump sum on 6/8/2034 guaranteed;
   iii. $238,348.00 paid as a lump sum on 06/08/2039 guaranteed.

f. Any remaining proceeds will be distributed to TENICIA ELLIS, as the custodial parent and biological mother and Next Friend of the minor RODERICK LOGAN for his immediate support in accordance with the provisions of MCL 700.5102;

SO ORDERED.

Dated: December 13, 2024  
Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge